10

AO 455(Rev. 5/85) Waiver of Indictment

FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

UNITED STATES OF AMERICA

v.

MANUEL AGUIRRE-SEPULVEDA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 3450 - JLS

I, MANUEL AGUIRRE-SEPULVEDA, the above named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before ______________________________
JUDICIAL OFFICER