MICHAEL L. CROWLEY (117008)
Attorney at Law
550 West "C" Street, Suite 1960
San Diego, CA 92101
(619) 444-8808

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL AGUIRRE-SEPULVEDA,<br>Defendant. | Case Nos.: 07mj8956/07CR3450-JLS<br><br>JOINT MOTION TO VACATE CHANGE OF PLEA HEARING |

IT IS HEREBY JOINTLY MOVED by and between the parties to the above entitled case, MANUEL AGUIRRE-SEPULVEDA, by and through his counsel, MICHAEL L. CROWLEY, and the United States Attorney's Office, by and through Assistant United States Attorney, JEFF MOORE, that the Change of Plea Hearing scheduled for Thursday, January 31, 2008 at 9:30 a.m. before the Honorable Leo S. Papas be vacated due to the current lack of agreement being made and technical difficulties of the government regarding discovery. Defendant, MANUEL AGUIRRE-SEPULVEDA, is in custody.

AUSA JEFF MOORE agrees and supports this continuance. A proposed order with respect to this joint motion is being submitted directly to the court.

DATED: January 30, 2008

/s/ Michael L. Crowley
Michael L. Crowley, Esq.
Attorney for Defendant

DATED: January 30, 2008

/s/ Jeff Moore
Jeff Moore
Assistant U.S. Attorney
Attorney for Plaintiff