# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Leo S. Papas)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>MANUEL AGUIRRE-SEPULVEDA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Nos.: 07mj8956/07CR3450-JLS<br><br>**ORDER** |

**IT IS SO ORDERED** that the Change of Plea Hearing scheduled for Thursday, January 31, 2008 at 9:30 a.m. be vacated due to the current lack of an agreement. The Motion Hearing/Trial Setting previously set for 2/15/08 at 1:30pm before Judge Janis L. Sammartino is confirmed. Defendant, MANUEL AGUIRRE-SEPULVEDA, is in custody.

DATED: January 30, 2008

Honorable Leo S. Papas
Mag. Judge, United States District Court